**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ALVIN THOMAS,**

    **Plaintiff,**

**v.**                                            **No. 13-cv-0271 LH/SMV**

**CHAVES CNTY. DET. CTR., et al.,**

    **Defendants.**

### ORDER FOR PERSONAL SERVICE OF PROCESS

This matter is before the Court *sua sponte* pursuant to 28 U.S.C. § 1915(d) and Rule 4(c), (d) of the Federal Rules of Civil Procedure. Plaintiff is proceeding under § 1915. It appears to the Court that personal service of summonses and copies of the complaint on Defendants Baraza, Chidez, Casley, and Meredith is required in this matter. *See* Fed. R. Civ. P. 4(c)(3), (d)(2). Under Rule 4(d)(2), the Court must impose costs of service on a Defendant who, without good cause, does not comply with a request to waive service.

**IT IS THEREFORE ORDERED** that summonses be issued for Defendants Baraza, Chidez, Casley, and Meredith, and that the U.S. Marshal serve the summonses and copies of the complaint [Doc. 1] personally on Defendants Baraza, Chidez, Casley, and Meredith as directed by the Clerk. The service of summonses and copies of the complaint shall be at no cost to the Plaintiff.

                                                        _____
                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**