IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALVIN THOMAS,

    Plaintiff,

v.                                                                                    No. 13-cv-0271 LH/SMV

**CHAVES CNTY. DET. CTR.,**
**RALPHIEL BARAZA, SUSAN CASLEY,**
**JAKE MEREDITF, FNU ROGERS,**
**FNU VERA, FNU DEVOS, FNU ACOASTA,**
**and FNU CHIDEZ,**

    Defendants.[1]

## ORDER TO ANSWER

THIS MATTER is before the Court sua sponte. On order by the Court, a deputy with the United States Marshals Service personally served Defendants Chidez and Casley on January 22, 2014, and February 19, 2014, respectively. [Docs. 20, 23]. To date, neither Defendant Chidez nor Defendant Casley has filed an answer. Pursuant to 42 U.S.C. § 1997e(g)(2), the Court will order Defendants Chidez and Casley to file pleadings responsive to the complaint within 30 days. Failure to timely file responsive pleadings may lead to sanctions.

**IT IS THEREFORE ORDERED** that Defendants Chidez and Casley shall file pleadings responsive to the complaint **within 30 days**.

---

[1] On August 23, 2013, Defendants Chaves County Detention Center, Rogers, Vera, Devos, and Acoasta were dismissed. At this time, only Defendants Barraza, Casley, Mereditf, and Chidez remain.

**IT IS FURTHER ORDERED** that the Clerk shall mail a copy of this order along with copies of the original Complaint [Doc. 1] and the Memorandum Opinion and Order [Doc. 10] to Defendant Chidez.   The Clerk shall separately mail copies of the documents to Defendant Casley.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**