IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALVIN THOMAS,

    Plaintiff,

v.                                                No. 13-cv-0271 LH/SMV

CHAVES CNTY. DET. CTR.,
RALPHIEL BARAZA, SUSAN CASLEY,
JAKE MEREDITF, FNU ROGERS,
FNU VERA, FNU DEVOS, FNU ACOASTA,
and FNU CHIDEZ,

    Defendants.[1]

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. According to the docket, summonses for Defendants Mereditf and Baraza were returned unexecuted. [Docs. 21, 22]. Plaintiff must provide addresses for these Defendants so that they can be served with process. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4. Failure to comply with this Order may result in dismissal of Plaintiff's claims against Defendants Mereditf and Baraza.

**IT IS THEREFORE ORDERED** that, within 21 days from entry of this Order, Plaintiff file a response with current addresses for serving Defendants Mereditf and Baraza or otherwise show cause why his claims against these Defendants should not be dismissed.

**IT IS SO ORDERED.**

                                                                            STEPHAN M. VIDMAR
                                                                            **United States Magistrate Judge**

---

[1] On August 23, 2013, Defendants Chaves County Detention Center, Rogers, Vera, Devos, and Acoasta were dismissed. At this time, only Defendants Baraza, Casley, Mereditf, and Chidez remain.