IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ALVIN THOMAS,**

    Plaintiff,

v.                                                                    No. 13-cv-0271 LH/SMV

**CHAVES CNTY. DET. CTR.,
RALPHIEL BARAZA, SUSAN CASLEY,
JAKE MEREDITF, FNU ROGERS,
FNU VERA, FNU DEVOS, FNU ACOASTA,
and FNU CHIDEZ,**

    Defendants.[1]

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Defendant Casley was ordered to respond to the complaint pursuant to 42 U.S.C. § 1997e(g)(2), no later than May 16, 2014.  [Doc. 24].  To date, however, she has filed no response.

**IT IS THEREFORE ORDERED** that **within ten days**, Defendant Casely shall show cause why sanctions should not be imposed against her.

**IT IS FURTHER ORDERED** that the Clerk shall mail a copy of this order to Defendant Casley.

**IT IS SO ORDERED.**

                                                                **STEPHAN M. VIDMAR**
                                                                **United States Magistrate Judge**

---

[1] On August 23, 2013, Defendants Chaves County Detention Center, Rogers, Vera, Devos, and Acoasta were dismissed.  [Doc. 10].  At this time, only Defendants Barraza, Casley, Mereditf, and Chidez remain.